## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC A. GRIFFIN, | ) | Case No. 8:13-cv-365 |
| A Minor Child, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CAROLYN W. WOLVIN, | ) | |
| COMMISSIONER OF SOCIAL SECURITY. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's legal guardian has submitted a motion to proceed *in forma pauperis*. After reviewing the request, I shall waive payment of any fees and grant plaintiff's legal guardian leave to proceed *in forma pauperis*.

Plaintiff also has submitted completed, although not issued, summonses for service on Carolyn W. Wolvin, Commissioner of the Social Security; Eric J. Holder, United States Attorney General; and Deborah R. Gilg, United States Attorney for the District of Nebraska, pursuant to FED. R. CIV. P. 4(1). I shall direct the Clerk of the Court to issue plaintiff's summonses and return such summonses to plaintiff's counsel for service on the individuals named therein.

IT IS THEREFORE HEREBY ORDERED:

1.   Plaintiff's motion to proceed *in forma pauperis* is granted. The Clerk of the Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

2.   The Clerk of the Court shall issue summon upon Carolyn W. Wolvin, Commissioner of the Social Security; Eric J. Holder, United States Attorney General; and Deborah R. Gilg,

United States Attorney for the District of Nebraska, and return such summonses to plaintiff's counsel for service on the individuals named therein pursuant to FED. R. CIV. P. 4.

DATED this 9th day of December, 2013.

_____

UNITED STATES MAGISTRATE JUDGE

2