IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC A. GRIFFIN, A Minor Child;<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security;<br><br>Defendant. | **8:13CV365**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (Filing No. 27). Defendant has no objection to awarding of fees and expenses in the amount of $6,225.00, the amount requested by the plaintiff, representing 41.5 hours of attorney work at $150.00 per hour.

The Social Security Act authorizes a federal district court to award attorney fees for representation before the court under § 406(b). District courts are responsible for conducting an "independent check" to ensure the fee award is reasonable. Gisbrecht v. Barnhart, 535 U.S. 789, 807 (2002). The court has reviewed the fee application, the underlying case, the arguments raised, and the outcome. Plaintiff was the prevailing party in this action; the Commissioner's decision was reversed and the matter was remanded for further proceedings; the position of the Commissioner was not substantially justified; the application for fees was filed in a timely fashion; and the Plaintiff's net worth did not exceed $2 million when the action was filed.

Based on the information of record, the court finds the motion for attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $6,225.00, is reasonable and should be granted.

Accordingly,

IT IS ORDERED:

1)    Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act, (filing no. 27), is granted; and

2)    By separate document, the court will enter judgment for Plaintiff and against Defendant providing that Plaintiff is awarded attorney fees of $6225.00.

3)    This EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States.

December 8, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.